# Exhibit A

STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT
### SUMMONS

| | |
|---|---|
| | **Civil Action File Number** PC-2020-05225 |
| **Plaintiff** Cheryl Jean v. MOTASEM AL-YACOUB, MD et al. **Defendant** | **Attorney for the Plaintiff or the Plaintiff** |
| | **Address of the Plaintiff's Attorney or the Plaintiff** |
| Licht Judicial Complex Providence/Bristol County 250 Benefit Street Providence RI 02903 (401) 222-3250 | **Address of the Defendant** 400 Stanley St Fall River MA 02720 Fall River MA 02720 |

**TO THE DEFENDANT, The Family HealthCare Center at SStar:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 7/20/2020. | /s/ Henry Kinch Clerk |

Witness the seal/watermark of the Superior Court

A TRUE COPY ATTEST
DENNIS N. MARTEL
CONSTABLE # 6207
DATE: 10-8-2020

SC-CMS-1 (revised July 2014)

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

## SUPERIOR COURT

| Plaintiff<br>Cheryl Jean<br>v.<br>MOTASEM AL-YACOUB, MD et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2020-05225 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, The Family HealthCare Center at SStar, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____

Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised July 2014)

# STATE OF RHODE ISLAND AND  PROVIDENCE PLANTATIONS

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:
- ☐ By delivering said papers to an officer or a managing or general agent.
  Name of person and designation _____
- ☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name of person and designation _____
- ☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: ___/___/___    SERVICE FEE $_____
            Month  Day  Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____
County of _____

On this _____ day of _____, 20___, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____
My commission expires: _____
Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised July 2014)

# STATE OF RHODE ISLAND

| | |
|---|---|
| **PROVIDENCE COUNTY, SC.** | **SUPERIOR COURT** |

CHERYL A. ST. JEAN )
    Plaintiff, )
     )
v. ) CA No:
     )
MOTASEM AL-YACOUB, MD; )
EAST BAY NEUROLOGY, P.C.; )
DAVID P. CARTER, MD; the FAMILY )
HEALTHCARE CENTER at SSTAR; )
    Defendant. )

## COMPLAINT

### *Parties*

1. Plaintiff, Cheryl St. Jean, (hereinafter "St. Jean") is a natural person residing in Providence County Rhode Island;

2. Defendant, Motasem Al-Yacoub, MD, ("Dr. Al-Yacoub") is, and at all times herein mentioned was, a Rhode Island registered physician with Rhode Island License number MD09501 and CMD09501, licensed by the State of Rhode Island. Dr. Al-Yacoub holds himself out as a specialist in neurology.

3. Defendant East Bay Neurology, P.C. is upon information and belief a Rhode Island Registered Professional Corporation.

4. Defendant, David P. Carter, MD, ("Dr. Carter") is, and at all times herein mentioned was, a Rhode Island registered physician with Rhode Island License number CMD05623, licensed by the State of Rhode Island, and license number 44704 issued by the Commonwealth of Massachusetts.

5. Defendant The Family HealthCare Center at SSTAR is upon information and belief, a Massachusetts registered nonprofit.

### *Jurisdiction, Venue, and Jury Demand*

6. This Court has jurisdiction over this matter pursuant to R.I. Gen. Laws § 8-2-1, et. seq. as the amount in controversy exceeds $10,000.

Page 1 of 4

7. Venue is proper in the Providence County Superior Court as the events giving rise to the allegations contained in this complaint occurred within the territorial bounds of this Court.

8. Plaintiff Demands a trial by jury for all claims so triable.

### *Preliminary Factual Allegations*

9. In or about July of 2015 Plaintiff, St. Jean, complained to her Primary Care Physician Dr. David Carter that she was experiencing a numbness and tingling in her feet and an unsteady gait. On Dr. Carter's referral, Ms. St. Jean began treating with Dr. Al-Yacoub who diagnosed her with underlying diabetic polyneuropathy.

10. Over time Ms. St. Jean continued to treat with Dr. Al-Yocoub while her symptoms progressively worsened. Over this time, Dr. Al-Yacoub provided several different prescription medications, none of which were effective in fixing her worsening symptoms. During several follow up visits, Ms. St. Jean consistently reported worsening balance, restlessness in her legs, numbness, tripping, and falling.

11. In addition to her follow up appointments with Dr. Al-Yacoub Ms. St. Jean was also followed by her primary care Physician, Dr. David P. Carter. Ms. St. Jean made the same complaints to Dr. Carter of worsening balance, restlessness in her legs, numbness, tripping, and falling, that she made to Dr. Al-Yacoub.

12. Notwithstanding Ms. St. Jean's ongoing and worsening condition, neither Dr. Al-Yacoub nor Dr. Carter ordered diagnostic imaging of Ms. St. Jean's spine.

13. In or about October of 2017 Plaintiff was seen by Dr. Alan H. Daniels, MD, ("Dr. Daniels") who ordered diagnostic imaging on her spine. She was subsequently diagnosed with a large tumor on her spine which required surgery to remove.

### *Count I - Medical Malpractice as to Motasem Al-Yacoub, MD and East Bay Neurology, P.C.*

14. Plaintiff incorporates the allegations contained in paragraphs 1 through 13 of this Complaint as though fully set forth herein.

15. As Plaintiff's treating Neurologist Dr. Al-Yacoub under the applicable standard of medical care owed a duty to Plaintiff.

16. Notwithstanding Plaintiff's reliance on Dr. Al-Yacoub's professional skills and representations of competence, Dr. Al-Yacoub did negligently fail to order diagnostic imaging of plaintiff's spine, and did otherwise fail to undertake sufficient steps to accurately detect, diagnose and treat plaintiff's spinal tumor all in violbreachand breach of the standards of care to be exercised by a licensed physician who holds himself out as a specialist in Neurology.

17. At all times relevant hereto Defendant East Bay Neurology, P.C. was Dr. Al-Yacoub's employer and Dr. Al-Yacoub was acting aa an employee, agent, or servant of East Bay Neurology, P.C. such that East Bay Neurology is liable for the professional conduct and negligence of Dr. Al-Yacoub.

18. As a direct and proximate cause of the negligence of the Defendants, and each of them, Plaintiff suffered injuries to her health, all of which have caused Plaintiff great mental, physical, and nervous pain and suffering.

19. As a direct and proximate cause of the negligence of the Defendants, and each of them, Plaintiff has incurred and may incur future medical, hospital, and other treatment expenses and costs, and lost earnings and/or earnings capacity.

**WHEREFORE**, Plaintiff prays for damages including medical and related expenses, pain and suffering, loss of earnings, and loss of earnings capacity; that Plaintiff be awarded costs, pre and post judgment interest, and fees; and that Plaintiff be awarded all other relief deemed just and proper under the circumstances.

### *Count II - Medical Malpractice as to David Carter M.D. and The Family Healthcare Center at SSTAR*

20. Plaintiff incorporates the allegations contained in paragraphs 1 through 19 of this Complaint as though fully set forth herein.

21. As Plaintiff's treating Primary Care Physician Dr. Carter under the applicable standard of medical care owed a duty to Plaintiff.

22. Notwithstanding Plaintiff's reliance on Dr. Carter's professional skills and representations of competence, Dr. Carter did negligently fail to order diagnostic imaging of plaintiff's spine, and did otherwise fail to undertake sufficient steps to accurately detect, diagnose and treat plaintiff's spinal tumor all in violation and breach of the reasonable standards of care to be exercised by a licensed physician.

23. At all times relevant hereto Defendant The Family Healthcare Center at SSTAR was Dr. Carter's employer such that he was acting as it's employee, agent, and/or servant and as such The Family Healthcare Center at SSTAR is liable for Dr. Carter's professional conduct and negligence.

24. As a direct and proximate cause of the negligence of the Defendants, and each of them, Plaintiff suffered injuries to her health, all of which have caused Plaintiff great mental, physical, and nervous pain and suffering.

25. As a direct and proximate cause of the negligence of the Defendants, and each of them, Plaintiff has incurred and may incur future medical, hospital, and other treatment expenses and costs, and lost earnings and/or earnings capacity.

**WHEREFORE**, Plaintiff prays for damages including medical and related expenses, pain and suffering, loss of earnings, and loss of earnings capacity; that Plaintiff be awarded costs, pre and post judgment interest, and fees; and that Plaintiff be awarded all other relief deemed just and proper under the circumstances.

Dated: July 17, 2020

                                      Cheryl A. St. Jean
                                      By her attorney

                                      /s/ Matthew Fabish, Esq. #8019
                                      /s/Christopher M. Lefebvre, Esq. #4019
                                      Consumer & Family Law Center of
                                      Claude F. Lefebvre | Christopher M. Lefebvre, PC
                                      PO Box 479 • Pawtucket • RI • 02862
                                      Tel: (401) 728-6060 • Fax: (401) 728-6534
                                      chris@lefebvrelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on 17 July 2020

☒    I filed and served this document through the electronic filing system on the following parties: **ALL SERVICE CONTACTS**. The document electronically filed is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

                                                                    /Matthew L. Fabisch, Esq.



See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# NOTICE

## You have a case in the Rhode Island state court system.

## You have the right to an interpreter at no cost to you.

Rhode Island Supreme Court Executive Order 2012-05 states that when a Limited-English Proficient (LEP) person appears in court, the Rhode Island Judiciary will provide a free authorized interpreter for the defendant, plaintiff, witness, victim, parent of a juvenile, or someone with a significant interest in the court proceeding. This interpreting service is provided at no cost to the parties and in all types of cases, both civil and criminal. Court interpreters work in all the courthouses of the Rhode Island state court system.

To schedule an interpreter for your day in court, you have the following options:

1. Call the Office of Court Interpreters at (401) 222-8710, or
2. Send an email message to interpreterfeedback@courts.ri.gov, or
3. Visit the interpreters' office to schedule an interpreter:

   The Office of Court Interpreters
   Licht Judicial Complex
   Fourth Floor, Room 401
   250 Benefit Street
   Providence, RI 02903

When requesting an interpreter, please provide the following information:

- The name and number of your case
- The language you are requesting
- The date and time of your hearing
- The location of your hearing
- Your name and a telephone number where we can reach you or your lawyer

For more information in Portuguese, Russian, and Spanish, including a listing of court forms that are available in Spanish, please visit our website on the internet:
http://www.courts.ri.gov/Interpreters/englishversion/default.aspx.

To request a translation of this notice into any other language, please call the Office of Court Interpreters at (401) 222-8710. It would be helpful to have an English speaker with you when you call.

The Rhode Island Judiciary is committed to making the courts accessible to all.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

---



See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# AVISO

## Usted tiene un caso en el sistema judicial de Rhode Island.

## Usted tiene el derecho a tener un intérprete sin costo para usted.

La Orden Ejecutiva 2012-05 del Tribunal Supremo de Rhode Island dicta que cuando una persona que tiene un dominio limitado del inglés (LEP) comparece ante la corte, el Sistema Judicial de Rhode Island le proveerá un intérprete autorizado gratis sea el acusado/demandado, demandante, testigo, víctima, padre de un menor de edad alguien que tenga con un interés importante en el proceso de la corte. Este servicio de interpretación se le proveerá sin costo alguno a los participantes en toda clase de caso, sea civil o penal.
Los intérpretes judiciales trabajan en todos los tribunales del Sistema Judicial de Rhode Island.

Para solicitar un intérprete para su comparecencia en el tribunal, usted tiene las siguientes opciones:

1. Llamar a la Oficina de Intérpretes en el tribunal al 401-222-8710 ;
2. Mandar un correo electrónico a interpreterfeedback@courts.ri.gov; o
3. Presentarse a la Oficina de Intérpretes para solicitar un intérprete:

   The Office of Court Interpreters
   Licht Judicial Complex
   Cuarto Piso, Oficina 401 A-B
   250 Benefit Street
   Providence, RI 02903

Al solicitar un intérprete, por favor provea la siguiente información:

- El nombre y el número de su caso
- El idioma que solicita
- La fecha y hora de su audiencia
- Dónde va a tomar lugar su audiencia
- Su nombre y número de teléfono por el cual nos podamos poner en contacto con usted o con su abogado.

Para obtener más información en portugués, ruso o español, incluyendo una lista de formularios de la corte que están disponibles en español, visite nuestra página de internet:

http://www.courts.ri.gov/Interpreters/englishversion/default.aspx.

Para solicitar la traducción de este aviso en cualquier otro idioma, por favor llame a la oficina de intérpretes al (401) 222-8710. Ayudaría si usted puede estar en compañía de una persona que habla inglés cuando llame.

El sistema jurídico de Rhode Island se compromete a proporcionar a todas las personas mejor acceso a los tribunales.

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903

---



See this notice in Cambodian, Spanish, and Portuguese on the attached pages.
Camboyano: SAMPLE: [Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.]
Español: Véase esta notificación en camboyano, español y portugués en las páginas adjuntas.
Português: Leia esta notificação em cambojano, espanhol e português nas páginas em anexo.

# NOTIFICAÇÃO

## V. Ex.ª tem um processo em curso no sistema judiciário do Estado de Rhode Island,

## V. Ex.ª tem direito aos serviços gratuitos de um intérprete.

A Ordem Executiva 2012-05 do Supremo Tribunal de Rhode Island prevê que quando uma pessoa com conhecimentos limitados da língua inglesa (Limited-English Proficient) (LEP) comparece em tribunal, a Administração Judiciária de Rhode Island disponibiliza-lhe gratuitamente os serviços de um intérprete autorizado a um réu, autor, testemunha, vítima, pai ou mãe de um menor ou alguém com interesse significativo no processo judicial. O serviço de intérprete é prestado gratuitamente às partes e em todos os tipos de processos, sejam eles civis ou penais. Os intérpretes do tribunal trabalham em todos os tribunais do sistema judiciário do Estado de Rhode Island.

Para agendar os serviços de um intérprete para o seu dia no tribunal, tem as seguintes opções:

1. Telefonar para o Gabinete de Intérpretes Judiciais através do n.º (401) 222-8710, ou
2. Enviar uma mensagem de correio eletrónico para interpreterfeedback@courts.ri.gov, ou
3. Deslocar-se ao gabinete de intérpretes para agendar os serviços de um intérprete:

   Gabinete de Intérpretes Judiciais
   Complexo Judicial Licht
   Quarto Piso, Sala 401
   250 Benefit Street
   Providence, RI 02903

Quando solicitar os serviços de um intérprete deve fornecer os seguintes dados:

- O nome e número do seu processo
- O idioma que solicita
- A data e hora da sua audiência
- O local da sua audiência
- O seu nome e um número de telefone para o podermos contactar a si ou ao seu advogado

Para obter mais informações em português, russo e espanhol, incluindo uma lista dos formulários judiciais disponíveis em espanhol, visite o nosso website na internet: http://www.courts.ri.gov/Interpreters/englishversion/default.aspx.

Para solicitar uma tradução desta notificação para qualquer outro idioma, telefone para o Gabinete de Intérpretes Judiciais através do número (401) 222-8710. Recomenda-se que esteja acompanhado por alguém que fale inglês quando fizer a chamada.

A Administração Judiciária de Rhode Island está empenhada em tornar os tribunais acessíveis para todos.

Gabinete de Intérpretes Judiciais
Complexo Judicial Licht
Quarto Piso, Sala 401
250 Benefit Street
Providence, RI 02903

---



[Khmer/Cambodian translation of notice regarding court interpreter services in the Rhode Island judicial system]

The Office of Court Interpreters
Licht Judicial Complex
Fourth Floor Room 401
250 Benefit Street
Providence, RI 02903